UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

```
                                    )
UNITED STATES OF AMERICA            )
                                    )   NOTICE OF APPEARANCE AND REQUEST
            v.                      )     FOR ELECTRONIC NOTIFICATION
                                    )         07 Cr. 393 (DLC)
SEALED DEFENDANT 1                  )
                                    )
                Defendant.          )
```

TO:  Clerk of Court
     United States District Court
     Southern District of New York

    The undersigned attorney respectfully requests the Clerk to

note his appearance in this case for the United States and to add

his as a Filing User to whom Notices of Electronic Filing will be

transmitted in this case.


                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York



                   By:   /s/ Avi Weitzman
                         Avi Weitzman
                         Assistant United States Attorney
                         (212) 637-1205

TO:  Bobbi C. Sternheim, Esq. (By ECF)